# Exhibit B



| | | | | INVOICE | |
|---|---|---|---|---|---|
| **Georgia Pacific Corrugated LLC**<br>2150 Kerper Boulevard<br>Dubuque, IA 52001<br>563-557-1170 | **REMIT TO:**<br>Lockbox 93350 - JP Morgan Chase<br>Georgia-Pacific Corrugated LLC<br>P.O. Box 93350<br>Chicago, IL 60673-3350 | | **NUMBER:**<br>**DATE:**<br>**PAGE:** | 35202772284<br>05/05/2010<br>1 of 1 | |

**SOLD TO:** 16877
Ashley Furniture Industries, Inc
One Ashley Way
Arcadia, WI 54612

**SHIP TO:** 01
WOW Logistics
2321 Olson Drive
Chippewa Falls, WI 54729

| SALES REPRESENTATIVE | CUSTOMER SERVICE REP. | DIRECT BILLING QUESTIONS TO |
|---|---|---|
| Andy Burgmeier | DB Susan M Britt | 563-557-1170 |

| CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS | DELIVERY TERMS |
|---|---|---|---|
| PV71420 | 1% 10 Net 60 Days | Prepaid | Customer's Dock |

BAL=Bale, CWT=Hundred Weight, EA=Each, MSF=Thousand Square Feet, M=Thousand Pieces, LB=Pounds, SF=Square Feet, BU=Bundle

| QUANTITY ORDERED | DESCRIPTION | DELIVERY SLIP # | QUANTITY SHIPPED | P C | PRICE/PER | AMOUNT |
|---|---|---|---|---|---|---|
| 2,000 EA | ================================<br>ORDER:02737092-01  PRODUCT:31989601<br>08022<br>25 1/2 x 17 x 30 32 ECT C SM<br>CUST DESC:OBSOLETE<br>CUST PO: PV71420<br>PO Line #: PV71420<br>SHIP DATE:05/05/2010 VIA:HURT TRAILER#:HURST 5302 | 01259796 | 2,000 EA<br>57.554 MSF | C | 1,286.70 M | 2,573.40 |

| TOTAL SQUARE FOOTAGE (MSF) | TOTAL WEIGHT (Lbs) | PLEASE PAY (IN USD $): | $2,573.40 |
|---|---|---|---|
| 57.554 | 6,612.000 | | |

ORIGINAL

The goods covered by this invoice were produced in compliance with requirements of the Fair Labor Standards Act of 1938, as amended.

UNLESS EXPRESSLY SUBJECT TO A WRITTEN AGREEMENT SIGNED BY BOTH BUYER AND SELLER, THE SALE OF GEORGIA-PACIFIC'S PRODUCTS IS SUBJECT TO SELLER'S TERMS AND CONDITIONS OF SALE FOR PACKAGING WHICH ARE AVAILABLE AT WWW.GPPACKAGING.COM/TERMS OR UPON REQUEST. OTHER THAN EXPRESSLY STATED IN SELLER'S TERMS AND CONDITIONS FOR SALE OF PACKAGING, SELLER DOES NOT MAKE AND HEREBY EXPRESSLY DISCLAIMS ANY AND ALL OTHER REPRESENTATIONS AND WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED. IN NO EVENT, REGARDLESS OF THE FORM OF CLAIM OR CAUSE OF ACTION, SHALL SELLER'S CUMULATIVE LIABILITY TO BUYER EXCEED THE PURCHASE PRICE FOR THE SPECIFIC PRODUCTS GIVING RISE TO SUCH CLAIM OR CAUSE OF ACTION. SELLER'S LIABILITY DOES NOT EXTEND TO INCLUDE INCIDENTAL, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES.