## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ASHLEY FURNITURE INDUSTRIES, INC., <br><br> Plaintiff <br><br> v. <br><br> PACKAGING CORPORATION OF AMERICA, et al <br><br> Defendants. | Case No. 3:16-cv-00469-WMC |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Ashley Furniture Industries, Inc. hereby dismisses this action with prejudice, each party to bear its own costs. This stipulation is signed by all parties who have appeared.

Dated:  January 9, 2019

By: /s/William D. Beil
William D. Beil
German May PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Telephone: (816) 471-7700
Facsimile: (816) 471-2221
billb@germanmay.com

John A. Franke
Gass Weber Mullins LLC
309 N. Water St., Ste. 700
Milwaukee, WI 53202
franke@gwmlaw.com

*Counsel for Plaintiff Ashley Furniture Industries, Inc.*

Respectfully submitted,

By: s/James F. Herbison
James F. Herbison (admitted *pro hac vice*)
Michael P. Mayer
Kevin F. Wolff (admitted *pro hac vice*)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbison@winston.com
mmayer@winston.com
kwolff@winston.com

*Counsel for Defendant WestRock CP, LLC*

By: /s/Nathan P. Eimer
Nathan P. Eimer
Eimer Stahl LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604-2516
Telephone: (312) 660-7600
Facsimile: (312) 698-1718
neimer@eimerstahl.com

By: /s/James T. McKeown
Foley & Lardner LLP
777 East Wisconsin Ave.
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
jmckeown@foley.com

Joanne Lee
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4557
Facsimile: (312) 832-4700
jlee@foley.com

*Counsel for Defendant International Paper Company*

By: /s/Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com

*Counsel for Defendants Temple-Inland Inc. and TIN Inc.*

By: /s/David Anstaett
David Anstaett
Perkins Coie LLP
One East Main Street, Ste. 201
Madison, WI 53703
Telephone: (608) 663-7460
Fax: (608) 663-7499
danstaett@perkinscoie.com

By: /s/Brant W. Bishop P.C.
Beth A. Wilkinson (admitted *pro hac vice*)
Brant W. Bishop, P.C. (admitted *pro hac vice*)
Wilkinson Walsh + Eskovitz LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
bbishop@wilkinsonwalsh.com

*Counsel for Defendant Georgia-Pacific LLC*

By: /s/Daniel E. Laytin
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Luke C. Ruse (admitted *pro hac vice*)
Jaran R. Moten (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
daniel.laytin@kirkland.com
luke.ruse@kirkland.com
jaran.moten@kirkland.com

*Attorneys for Packaging Corporation of America*

By: /s/Margaret H. Warner
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
mwarner@mwe.com

Stephen Y. Wu
Michelle S. Lowery
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL  60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
swu@mwe.com
mslowery@mwe.com

*Counsel for Defendant Weyerhaeuser Company*

By: /s/Lauren Norris Donahue
Lauren Norris Donahue (admitted *pro hac vice*)
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
(312) 807-4218
lauren.donahue@klgates.com

*Counsel for Defendants Cascades USA Inc. and Cascades Canada ULC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

                                                    /s/ William D. Beil